**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Khalil Ismail,            , | ) | Case No. 21bk04320 |
| | ) | |
| Debtor. | ) | Hon. Timothy A. Barnes |

### ORDER FINDING UNDUE HARDSHIP PRESUMPTION REBUTTED

On April 26, 2021, a Reaffirmation Agreement with Ford Motor Credit Company LLC

was filed with the court, docket entry no. 12.

IT IS HEREBY ORDERED:

The presumption of undue hardship has been rebutted.


Date:   May 12, 2021                    ENTERED:

_____
Timothy A. Barnes
United States Bankruptcy Judge