**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| Khalil Ismail, | ) | Case No. 21bk04320 |
| | ) | |
| Debtor(s). | ) | Hon. Timothy A. Barnes |

**ORDER FINDING UNDUE HARDSHIP PRESUMPTION REBUTTED**

On April 27, 2021, a Reaffirmation Agreement with Santander Consumer USA Inc., dba Chrysler Capital filed with the court, docket entry no. 14; the court having held a hearing on the aforementioned Reaffirmation Agreement on May 17, 2021, which the debtor and debtor's counsel attended;   IT IS HEREBY ORDERED:

The presumption of undue hardship has been rebutted.


Date:   May 17, 2021            ENTER:

_____
TIMOTHY A. BARNES
United States Bankruptcy Judge